United States District Court
Southern District of Texas
**ENTERED**
January 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **KRISTA MICHELLE RAMOS, et al.** )<br>)<br>Plaintiffs, )<br>) Case No.: 2:21-cv-00099<br>)<br>v. ) The Honorable David S. Morales<br>)<br>**FCA US LLC, et al.** )<br>)<br>Defendants. )<br>) | |

### ORDER GRANTING DEFENDANT FCA US LLC'S AGREED MOTION TO WITHDRAW ITS BILL OF COSTS

On this day, came to be heard Defendant FCA US LLC's Agreed Motion to Withdraw its Bill of Costs. The Court, having considered the Motion, the response, the reply, if any, and applicable authorities, finds this Motion is well-taken and should in all things be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant FCA US LLC's Motion to Withdraw its Bill of Costs is GRANTED and the Clerk is ORDERED to withdraw Defendant's Bill of Costs (D.E. 163), Amended Bill of Costs (D.E. 173), and Notice of Costs Taxed (Notice of Costs Taxed in amount of $20,963.27, January 12, 2023). It is further ORDERED that Plaintiff is not required to pay the Costs Taxed against it.

**IT IS SO ORDERED.**

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
January 23, 2023